USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 11/6/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE NEW YORK TIMES COMPANY,

Plaintiff,

v.

BRAVE SOFTWARE, INC.,

Defendant.

Civil Action No. 1:26-cv-09549-LAK

**[~~PROPOSED~~] ORDER**

For the reasons set forth in Plaintiff The New York Times Company's November 4, 2026 letter to the Court regarding the inability to attach Exhibit A to the Complaint due to limitations of the ECF system, the exhibits to the AO 121 Form Copyright filings (exhibits to Dkts. 6-8, collectively comprising Exhibit A) shall be deemed attached as Exhibit A to the Complaint (Dkt. 1) without modification to the effective filing date of the Complaint.

**SO ORDERED.**

Dated: 11/6/26
New York, New York

LEWIS A. KAPLAN
United States District Judge