Case 1:26-cv-09549-LAK Document 21 Filed 11/23/26 Page 1 of 3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-24-26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE NEW YORK TIMES COMPANY,

Plaintiff,

v.

BRAVE SOFTWARE, INC.,

Defendant.

Civil Action No.: 1:26-cv-09549-LAK

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Plaintiff The New York Times Company ("Plaintiff") and Defendant Brave Software, Inc. ("Defendant," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on November 2, 2026, Plaintiff filed the Complaint against Defendant in the Southern District of New York;

WHEREAS, on November 4, 2026, Plaintiff served the Complaint on Defendant;

WHEREAS, the deadline for Defendant to respond to the Complaint is currently November 25, 2026;

WHEREAS, the Parties have agreed to extend the date by which Defendant must answer or otherwise respond to the Complaint to and until December 28, 2026;

WHEREAS, the Parties have not previously requested an extension of the deadline by which Defendant must answer or otherwise respond to the Complaint;

WHEREAS, this stipulation is submitted in good faith and not for purposes of delay;

Case 1:26-cv-09549-LAK Document 21 Filed 11/23/26 Page 2 of 3

WHEREAS, the Parties agree that this stipulation shall not be deemed to constitute a waiver of any defenses, objections, rights, or any other application to the Court that any party may have with respect to the claims and defenses in this action.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, subject to approval of the Court, that Defendant's deadline to respond to Plaintiff's Complaint, by answer, motion, or otherwise, is extended from November 25, 2026, to and including December 28, 2026.

The undersigned counsel for the Parties confirms that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**SO ORDERED**

**LEWIS A. KAPLAN, USDJ**

11/24/26

Case 1:26-cv-09549-LAK Document 21 Filed 11/23/26 Page 3 of 3

Dated: November 23, 2026

Respectfully submitted,

**ROTHWELL, FIGG, ERNST & MANBECK, P.C.**

By: */s/ Steven M. Lieberman*

Steven M. Lieberman
Jennifer B. Maisel
Bryan B. Thompson
901 New York Avenue, N.W.,
Suite 900 East
Washington, DC 20001
(202) 783-6040
slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
bthompson@rothwellfigg.com

*Attorneys for Plaintiff The New York Times Company*

Respectfully submitted,

**CRAVATH, SWAINE & MOORE LLP**

By: */s/ Gary A. Bornstein*

Gary A. Bornstein
Rebecca J. Schindel
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000
gbornstein@cravath.com
rschindel@cravath.com

*Attorneys for Defendant Brave Software, Inc.*